**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1025**

PAKUJA CRYSTAL VANG,

         Plaintiff - Appellant,

    v.

COMMISSIONER OF SOCIAL SECURITY,

         Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00253-MR)

Submitted:  February 27, 2024                              Decided:  March 1, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pakuja Crystal Vang, Appellant Pro Se. Patrick Eugene Roach, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pakuja Crystal Vang appeals the district court's order granting the Commissioner of Social Security's motion for judgment on the pleadings and dismissing without prejudice Vang's complaint for failure to exhaust her administrative remedies. *See* 42 U.S.C. § 405(g); *Smith v. Berryhill*, 139 S. Ct. 1765, 1772 (2019). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's judgment. *Vang v. Comm'r of Soc. Sec.*, No. 1:22-cv-00253-MR (W.D.N.C. Dec. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*